UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL-JOHN F. MAIER,<br><br>                Plaintiff,<br><br>    v.<br><br>SNOHOMISH DEPARTMENT OF CORRECTIONS, *et al*.,<br><br>                Defendants. | Case No. C19-1962-BJR-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff Michael-John Maier is currently confined at the Snohomish County Jail ("the Jail") in Everett, Washington. On November 27, 2019, plaintiff submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 in which he alleges that he has been denied a verifiable vegan diet, and has been provided no protein, since being booked into the Jail on November 10, 2019. (*See* Dkt. 1 at 4-5.) He also complains that he has yet to be classified at the Jail and is being housed with "the worst of the worst." (*See id*. at 6.) Finally, plaintiff alleges that he hasn't been provided proper medication or necessary clothing at the Jail. (*Id*. at 7.) Plaintiff claims that without his medication he can't sleep and without his personal shoes his herniated discs get worse. (*Id*.)

Plaintiff failed to submit with his complaint either the requisite filing fee or an application

REPORT AND RECOMMENDATION - 1

to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) Thus, on December 2, 2019, the Clerk sent plaintiff a letter advising him that his submission was deficient because he failed to meet the filing fee requirement. (Dkt. 2.) The Clerk explained that plaintiff would have to either pay the full filing fee or submit an application to proceed *in forma pauperis* by January 2, 2020, or risk dismissal of this action. (*Id*.) The Clerk also requested that plaintiff provide the Court with a certified copy of his prison trust account statement. (*See id*.) On December 11, 2019, plaintiff submitted an application to proceed *in forma pauperis* to the Court for consideration, but he failed to include with his application a copy of his prison trust account statement. (*See* Dkt. 4.) Thus, on December 12, 2019, the Clerk sent plaintiff a letter advising him that his submission was again deficient because he failed to provide a certified copy of his prison trust account statement. (Dkt. 5.) The Clerk explained that plaintiff would have to correct this deficiency by January 13, 2020, or risk dismissal of this action. (*Id*.) To date, plaintiff has not submitted a copy of his prison trust account statement.

As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 14, 2020**.

REPORT AND RECOMMENDATION - 2

DATED this 17th day of January, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3