UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL-JOHN F. MAIER,

    Plaintiff,

v.

SNOHOMISH DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 2:19-cv-01962-BJR

ORDER DISMISSING PRISONER'S
CIVIL RIGHTS COMPLAINT

   Before the Court is the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, which recommends that the Court dismiss Michael-John F. Maier's ("Plaintiff") prisoner civil rights complaint filed under 42 U.S.C. § 1983. Dkt. No. 6.

   Plaintiff is currently a state prisoner confined at the Snohomish County Jail in Everett, Washington. Dkt. No. 1. On November 27, 2019, he filed the instant action complaining that the Jail has failed to provide him a vegan meal, inappropriately placed him with "the worst of the worst," and failed to provide him with necessary medication and personal shoes which help his herniated discs. *Id.* at 4–7. On December 2, 2019, the Clerk informed Plaintiff that his filing was deficient because he had failed to pay the filing fee, and to proceed he would either need to pay the filing fee or submit an application to proceed *in forma pauperis*. *See* Dkt. No. 2. On December

11, 2019, Plaintiff submitted an application to proceed *in forma pauperis*, but the next day the Clerk informed Plaintiff that his filing was again deficient for failure to include a certified copy of his prison trust account statement. Dkt. No. 5. The Clerk informed Plaintiff that he had until January 13, 2020 to correct the deficiency or risk dismissal. *Id.*

Plaintiff has not provided the required prison trust account statement. Based on this failure, Judge Theiler recommends dismissing Plaintiff's claim for failure to prosecute. Dkt. No. 6 at 2. The R&R gave Plaintiff until February 7, 2020 to file an objection. *Id.* None has been filed. As such, the Court will adopt Judge Theiler's R&R and ORDERS as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's action is DISMISSED without prejudice for failure to prosecute; and
3. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

DATED this 4th day of March, 2020.

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE